**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHASE BROWN                                                                                              PLAINTIFF

v.                                         No. 3:10CV00229 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered separately today, the decision of the Commissioner is affirmed. The complaint of Chase Brown is dismissed with prejudice.

IT IS SO ORDERED this 11th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE