**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CHASE BROWN                                                                          PLAINTIFF

v.                                           No. 3:10CV00229 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                    DEFENDANT

<u>**JUDGMENT**</u>

Pursuant to the Memorandum and Order entered separately today, the decision of the

Commissioner is affirmed.  The complaint of Chase Brown is dismissed with prejudice.

IT IS SO ORDERED this 11th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE